DAVIDTER *v.* ASH.

1. DAMAGES—MEASURE OF DAMAGES—FRAUD.
   Measure of damages for fraud in sale of securities is difference
   at time of sale in value of securities as represented and actual
   value.

2. SAME—EVIDENCE—SUFFICIENCY.
   In action for damages for fraud in sale of securities, holding of
   trial judge that evidence was insufficient to support assessment
   of damages, *held*, correct.

Appeal from Lenawee; Rathbun (George A.), J. Submitted June 13, 1933. (Docket No. 102, Calendar No. 37,061.) Decided August 29, 1933.

Case by Flora. W. Davidter against Fred E. Ash for fraud in the sale of securities. Directed verdict and judgment for defendant. Plaintiff appeals. Affirmed.

*A. J. Waters* (*F. M. Freeman,* of counsel), for plaintiff.

CLARK, J. Plaintiff has appealed from judgment on verdict directed in an action for damages for fraud in the sale of securities.

The measure of damages in such case is the difference at time of sale in value of the securities as they were represented and as they were. On this matter plaintiff was put to proof and failed, the only evidence worthy of note being that some months later a receiver was appointed for the corporation issuing the securities. This was insufficient to support an assessment of damages, as the trial court correctly held.

Affirmed.

McDONALD, C. J., and POTTER, SHARPE, NORTH, FEAD, WIEST, and BUTZEL, JJ., concurred.